**Kurt Lorenzo FORD, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.**

No. 02–6315.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Kurt Lorenzo Ford, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kurt Lorenzo Ford appeals the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Ford's motion for a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *See Ford v. Angelone,* No. CA–01–1459–AM (E.D.Va. Jan. 30, 2002). We dispense with oral argument

* Our calculation suggests that 428 non-tolled days elapsed before Ford filed his § 2254 petition, while the district court calculated this period as 468 days. Under either calculation, the petition is untimely.